IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | : | **CIVIL ACTION NO. 1:05-CV-1970** |
| **OPPORTUNITY COMMISSION** | : | |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| v. | : | |
| | : | |
| **WORLD KITCHEN, INC.** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 2nd day of December, 2005, upon consideration of the stipulation executed by counsel for the parties (Doc. 9), indicating that the parties have agreed that the date for plaintiff to respond to defendant's motion to dismiss, or in the alternative, for summary judgment (Doc. 3) has been extended to December 9, 2005, and it appearing that the stipulation should be construed as an unopposed motion for an enlargement of time in which to file a brief in opposition to defendants' motion,[1] see FED. R. CIV. P. 6(b); see also L.R. 7.6, it is hereby ORDERED that the motion (Doc. 9) is GRANTED as so construed.  Plaintiff shall

---

[1] Neither the Federal Rules of Civil Procedure nor the Local Rules grant parties independent authority to extend briefing or case management deadlines absent approval by the court.  See FED. R. CIV. P. 6(b), 12(a), 16(b); see also L.R. 1.3, 7.5-7.7; cf. FED. R. CIV. P. 29 (stating that parties may generally modify discovery deadlines by stipulation but that court approval is required if a modification "would interfere with" case management deadlines).

file a brief in opposition to defendant's motion to dismiss, or in the alternative, for summary judgment (Doc. 3) on or before December 9, 2005.

        /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge